**United States District Court**

SOUTHERN          DISTRICT OF          FLORIDA

UNITED STATES OF AMERICA

V.

JANA BALLARD

## WARRANT FOR ARREST

CASE NUMBER **00-6159**

**CR-FERGUSON**

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   JANA BALLARD

MAGISTRATE JUDGE
SNOW

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
CONSPIRACY TO COMMIT CREDIT CARD FRAUD, CREDIT CARD FRAUD
AND ATTEMPT TO COMMIT CREDIT CARD FRAUD

in violation of Title  18  United States Code, Section(s)   1029(a)(5), (b)(2), (b)(1)

**Clarence Maddox**
Name of Issuing Officer

**Court Administrator/Clerk of the Court**
Title of Issuing Officer

Benny Butler
Issuing Officer

BSS

Bail fixed at $ 100,000 corporate surety
bond with Nebbia

6/13/00 at Fort Lauderdale, Florida
Date and Location

BARRY S. SELTZER
by  MAGISTRATE JUDGE
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

