## *United States District Court*

**SOUTHERN** DISTRICT OF **FLORIDA** 483206

UNITED STATES OF AMERICA

V.

JANA BALLARD

**WARRANT FOR ARREST**

CASE NUMBER **00-6159**

**CR-FERGUSON**

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __JANA BALLARD__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

MAGISTRATE JUDGE
SNOW

|X| Indictment  | | Information  | | Complaint  | | Order of court  | | Violation Notice  | | Probation Violation Petition

charging him or her with (brief description of offense)
CONSPIRACY TO COMMIT CREDIT CARD FRAUD, CREDIT CARD FRAUD
AND ATTEMPT TO COMMIT CREDIT CARD FRAUD

in violation of Title __18__ United States Code, Section(s) __1029(a)(5), (b)(2), (b)(1)__

SOUTHERN DISTRICT OF FLORIDA
FT. LAUD. OFFICE
2000 JUN 13 PM 3 31
RECEIVED
UNITED STATES MARSHAL

**Clarence Maddox**
Name of Issuing Officer

**Court Administrator/Clerk of the Court**
Title of Issuing Officer

*Benny Butler*
Issuing Officer

BSS
Bail fixed at $ 100,000 corporate surety
bond with Nebbia

6/13/00 at Fort Lauderdale, Florida
Date and Location

**BARRY S. SELTZER**
by **MAGISTRATE JUDGE**
Name of Judicial Officer

*[signature]*

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

Detainer p/u from DOC (Hernando CI)

| DATE RECEIVED<br>6/13/2000 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>12/26/2000 | James A. Tassone, USM<br>SD/FL | Glenn Morgan, ASDUSM<br>*[signature]* ASDUSM |

AO 442 (Rev. 12/85) Warrant for Arrest