**UNITED STATES DISTRICT COURT**
**Middle District of Florida**
Office of the Clerk
United States Courthouse
Tampa, Florida 33602

Richard D. Sletten, Clerk
Lisa Rosenthal, Chief Deputy Clerk
(813) 301-5472

Cindy Rauback
Tampa Division Manager
(813) 301-5460

**CLERK, U.S. DISTRICT COURT**
**Southern District of Florida**
**Ft. Lauderdale Division**
**299 East Broward Blvd.**
**Ft. Lauderdale, FL 33301**

> RE:    United States of America v. Jana Ballard
> Our Case No. 00-510-MJ
> Your Case No. 00-6159 CR FERGUSON

Dear Sir:

Enclosed herewith are the following documents in the above styled cause which has been transferred to your jurisdiction pursuant to Rule 40:

(X)    Original Magistrate Judge case documents

( )    Certified file (pertinent papers only)

( )    Bond paperwork consisting of appearance bond.

Kindly acknowledge receipt of this letter on the copy provided, indicating the case number assigned by your transferee district.

Very truly yours,

SHERYL L. LOESCH, CLERK

BY: _____
Trisha M. Waller, Deputy Clerk

**Enclosures**.

********************************************************************************************

***THE ABOVE FILE HAS BEEN RECEIVED***

_____          _____
*(Date)*                                    *(Signature)*

### United States District Court
### Middle District of Florida
Tampa Division

UNITED STATES OF AMERICA

v.

JANA BALLARD

**Commitment**
**to Another District**
Case No. 00-510-MJ

| Charges | | |
|---|---|---|
| **Charging Document** | **Statute** | **Charging District** |
| Indictment | U.S.C. § 1029(a)(5) | S/D FL, Ft. Lauderdale Div. |
| **Description:** Conspiracy to defraud with access devices | | |

| Proceedings |
|---|
| **Bond Status:** Government moved for detention and defendant detained pending detention hearing in District of Offense. |
| **Counsel:**      Federal Public Defender - Frank Zaremba |
| **Interpreter:**      No interpreter necessary |

## To: the United States Marshal

You are hereby commanded to take custody of **JANA BALLARD** and to transport the defendant with a certified copy of this Commitment Order forthwith to the Charging District and there deliver him to the United States Marshal for that District or to some other officer authorized to receive the defendant.

December 21, 2000

ELIZABETH A. JENKINS
UNITED STATES MAGISTRATE JUDGE

| Return | | |
|---|---|---|
| Commitment Order Received: | Place of Commitment: | Date Defendant Committed: |
| Date | United States Marshal | By Deputy Marshal |

                                                    CLOSED
                        U.S. District Court
                Middle District of Florida (Tampa)

            CRIMINAL DOCKET FOR CASE #: 00-M -510-ALL

USA v. Ballard                                  Filed: 12/21/00
Dkt# in other court: None

Case Assigned to:  Magistrate Judge Elizabeth A. Jenkins

JANA BALLARD (1)
     defendant
  [term  12/28/00]


Pending Counts:

    NONE


Terminated Counts:

    NONE


Complaints:

    NONE


U. S. Attorneys:

    NONE

Docket as of December 28, 2000 2:06 pm          Page 1

Proceedings include all events.
8:00m 510-ALL USA v. Ballard

CLOSED

12/21/00 --    ARREST (RULE 40) of Jana Ballard on Southern District of
               Florida charge(s) of Conspiracy to commit credit card
               fraud, among other charges. (tmw) [Entry date 12/28/00]

12/21/00 1     INITIAL APPEARANCE held on 12/21/00 before Magistrate Judge
               Elizabeth A. Jenkins as to Jana Ballard  Tape:
               128/1628-2571 Defendant(s) informed of rights.  Defendant
               waives identity.  Defendant is temporarily detained pending
               hearing.  Court to enter warrant of removal. (tmw)
               [Entry date 12/28/00]

12/21/00 2     CJA 23 FINANCIAL AFFIDAVIT by Jana Ballard (tmw)
               [Entry date 12/28/00]

12/21/00 3     ORDER appointing federal public defender for Jana Ballard (
               Signed by Magistrate Judge Elizabeth A. Jenkins ) ctc (tmw)
               [Entry date 12/28/00]

12/21/00 4     WARRANT of removal to Southern District of Florida issued
               as to Jana Ballard ( Signed by Magistrate Judge Elizabeth
               A. Jenkins ) (tmw) [Entry date 12/28/00]

12/28/00 5     TRANSFER (RULE 40) to Southern District of Florida as to
               Jana Ballard   Terminated defendant Jana Ballard. (tmw)
               [Entry date 12/28/00]

Docket as of December 28, 2000 2:06 pm              Page 2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.                                    **Case No: 8:00-510-MJ**

**JANA BALLARD**

_____

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

Because the above-named defendant has testified under oath or has otherwise satisfied this Court that he: (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, it is

ORDERED that the Federal Public Defender is appointed to represent the defendant in this case.

DONE and ORDERED at Tampa, Florida this ___2/st___ day of December, 2000.

_____
ELIZABETH A. JENKINS
United States Magistrate Judge

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |

IN THE CASE OF

_____ VS _____

FOR _____

AT _____

LOCATION NUMBER

PERSON REPRESENTED (Show your full name)
**JANA LE BALLARD**

Social Security Number **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**

1 ☐ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify) _____

DOCKET NUMBERS
Magistrate _____
District Court _____
Court of Appeals _____

CHARGE/OFFENSE (describe if applicable & check box →)
☐ Felony
☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**

Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed

Name and address of employer: _____

IF YES, how much do you earn per month? $ _____

IF NO, give month and year of last employment
How much did you earn per month? $ _____

If married is your Spouse employed? ☐ Yes ☐ No

IF YES, how much does your Spouse earn per month? $ _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No

| | RECEIVED | SOURCES |
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ _____ THE SOURCES _____

**CASH**

Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No IF YES state total amount $ _____

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

| VALUE | DESCRIPTION |
IF YES, GIVE THE VALUE AND $ _____ DESCRIBE IT _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
☒ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents _____

List persons you actually support and your relationship to them
_____

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS INCLUDING BANKS LOAN COMPANIES CHARGE ACCOUNTS ETC)

APARTMENT OR HOME **NONE**

**LIVING WITH FRIEND**

| Creditors | Total Debt | Monthly Payt |
| --- | --- | --- |
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)



*Jana Ballard*

**ITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

# CLERK'S MINUTES

## MAGISTRATE JUDGE ELIZABETH A. JENKINS

*Initial + Detention Hng.*

DATE: _12/21/00_

CASE NO. _00 510-MJ_ _____ INTERPRETER _____

U.S.A. vs. _TANIA Ballaro_ _____
GOVT                                              DEFT
COUNSEL: _Nitris Chapal_ _____ COUNSEL: _Frank Garcmba_

COURT REPORTER:_____ DEPUTY CLERK: ~~Trish Waller~~ _K. Thomas_

PROCEEDINGS: INITIAL APPEARANCE/DETENTION/OR BOND HEARING

- ✓ Deft provided w/copy of _Indictment_ _____
- ✓ ARREST DATE: _12/21/00_ _____
- ✓ Court summarized charges
- ✓ Court advises of Deft's Rule 5 rights
- ✓ Financial Affidavit submitted for approval
- ✓ FPD appointed ~~for all purposes including trial~~ _____ CJA counsel to be appointed
- ___ FPD appointed w/Deft to pay _____
- ___ Deft to retain counsel by _____
- ✓ Govt position on release or detention _detention_ _____
- ✓ Pretrial Services Officer on background report _given oral report._
- ___ Deft comments on background report
- ___ Deft requests continuance to prepare for detention hearing
- ___ Govt requests continuance to prepare for detention hearing
- ___ Court grants Motion for Continuance. Detention hearing set for _____
- ✓ Court: Order of Temporary Detention pending hearing _until △ 40 returned to_
- ___ Court: Order of Detention Pending Trial   _SD of Florida_
- ___ Court: Orders Bond set at _____
  - ___ Residence/travel restricted to Middle District of Florida
  - ___ Pretrial Services Supervision
  - ___ No drugs, firearms, alcohol ____ No change of address w/out Court approval
  - ___ Maintain/seek employment
  - ___ Urinalysis testing as required by Pretrial Services
  - ___ Passport to be surrendered to Pretrial Services
  - ___ Obtain no passport
  - ___ Pilot's license to be surrendered
- ___ Deft requests/waives Preliminary Examination .

Comments: _Deft waives Identity hearing_
_P/t to complete report in writing._
_Warrant of removal to be prepared_

Hearing Time: _3:45 - 4:00_ Room: _11A_ Tape: _128/1628 - 2571_