COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

| | | |
|---|---|---|
| DEFT: | JANA BALLARD (J)# | CASE NO: 00-6159-CR-Ferguson |
| AUSA: | Kathleen Rice / Dana Washington | ATTNY: |
| AGENT: | | VIOL: |
| PROCEEDING: | Initial Appearance | BOND REC: $100,000 Corp Surety |
| BOND HEARING HELD — yes/no | | COUNSEL APPOINTED: CJA - Orge |
| BOND SET @ | $100,000 Corp Surety | Sibilice |
| CO-SIGNATURES: | | |

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

FILED by _____ B.C.
INTAKE
FEB 15 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

Advised of charges
X - sworn for Counsel

If Co-signers with property are found - Ct. may set a lower bond. But at that time, she would be released to a half-way house like Dismas.

Reading of Indictment waived
Not Guilty plea entered
_____ bond demanded
Standard Discovery Order requested

| | | | |
|---|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | |
| STATUS CONFERENCE: | 3-2-01 | 11:00am | BSS |
| DATE: 2-15-01 | TIME: 11:00am | TAPE #01-007 | PG # 8 |

1763 - 1994
Recalled 2150 - 2895
31