

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6159-CR_Ferguson

UNITED STATES OF AMERICA

vs
Jana Ballard

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 2-15-01, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/~~Retained~~ counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:  Address: In Custody _____

Telephone: _____

DEFENSE COUNSEL: Name: Jorge Sibilia

Address: _____

Telephone: _____

BOND SET/~~CONTINUED~~: $ 100,000 Corp. Surety

Bond hearing held: yes __x__ no ____ Bond hearing set for _____

Dated this __15__ day of __February__, 20 _01_.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
Deputy Clerk

Tape No. 01-007

cc: Clerk for Judge
U. S. Attorney
Defense Counsel
Pre-Trial Services

33