# APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. JURISDICTION | | 2. MAG. DOCKET NO. | 3. DIST. CT. DOCKET NO. | VOUCHER NO. |
|---|---|---|---|---|
| 1 ☐ MAG. 2 ☒ DIST. 3 ☐ APPEALS 4 ☐ OTHER | | | 00-6159-CR-WDF | 0963718 |
| 4. APPEALS DOCKET NO. | 5. FOR (DISTRICT/CIRCUIT) | 6. LOC. CODE | 7. CHARGE/OFFENSE (U.S. or other code citation) | 7A. CASE CODE |
| | SO/FL | FLSM | 18:1029 | 4995 |

**8. IN THE CASE OF**: USA vs Ballard
**9. PERSON REPRESENTED (FULL NAME)**: Dana Ballard
**9A. NO.**
**10. PERSON REPRESENTED (STATUS)**: ☒ 1 DEFENDANT—ADULT
**11. PROCEEDINGS (Describe briefly)**: all proceedings
**12. PAYMENT CATEGORY**: ☒ A FELONY

FILED by INTAKE
FEB 16 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

**13. COURT ORDER**: ☒ O Appointing Counsel

**14. FULL NAME OF ATTORNEY/PAYEE**:
George A. [illegible], Esq
2436 S.W. First Street
Miami, FL 33135

**15. WORK PHONE**: (305) 541-8300

Because the above-named "person represented" has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 14 is appointed to represent this person in this case.

Date of Order: 2- -01

## CLAIM FOR SERVICES OR EXPENSES

| | SERVICE | HOURS | DATES | | |
|---|---|---|---|---|---|
| IN COURT | a. Arraignment and/or Plea | | | | |
| | b. Bail and Detention Hearings | | | | |
| | c. Motions Hearings | | | | |
| | d. Trial | | | 17A TOTAL IN COURT COMP. | |
| | e. Sentence Hearings | | | | |
| | f. Revocation Hearings | | | | |
| | g. Appeals Court | | | | |
| | h. Other (Specify on additional sheets) | | | | |
| | (Rate per hour = 70 ) TOTAL HOURS = | | | $ | |
| OUT OF COURT | a. Interviews and conferences | | | | |
| | b. Obtaining and reviewing records | | | | |
| | c. Legal research and brief writing | | | | |
| | d. Travel time (Specify on additional sheets) | | | 18A. TOTAL OUT OF COURT COMP. | |
| | e. Investigative and other work (Specify on additional sheets) | | | | |
| | (Rate per hour = 50 ) TOTAL HOURS = | | | $ | |
| 19 | TRAVEL, LODGING, MEALS ETC. | AMOUNT | OTHER EXPENSES | AMOUNT | 19A. TOTAL TRAVEL EXP $ |
| EXPENSES | | | | | 19B. TOTAL OTHER EXP. $ |
| | | | | | 20 GRAND TOTAL CLAIMED $ |

**COPY 4 - FILED IN COURT'S CASE FILE AFTER CLERK ENTERS APPOINTMENT DATA**