FILED by _____ D.C.
INTAKE
FEB 16 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 39441-018

UNITED STATES OF AMERICA )
                Plaintiff ) Case Number: CR 00-6159-CR WDF
                          ) REPORT COMMENCING CRIMINAL
        -vs-              )           ACTION
                          )
JANA LE BALLARD           )
                Defendant

****************************************

TO: Clerk's Office    MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court        (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

****************************************

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 2-15-01 _____ am/pm ___

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: CONSP/FRAUD CREDIT CARDS

(4) U.S. Citizen [X] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 8-21-65

(6) Type of Charging Document: (check one)
    [X] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SD/FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ] YES [ ] NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 2-15-01   (9) Arresting Officer: ___
(10) Agency: USMS   (11) Phone: ___
(12) Comments: ___