UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6159-CR-FERGUSON

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JANA BALLARD,

        Defendant

_____/

## NOTICE OF FILING

The Court hereby gives notice of its receipt and filing on this date of the attached correspondence.

DONE AND ORDERED at Fort Lauderdale, Florida this 22nd day of February 2001.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Jorge A. Sibila, Esquire
2246 SW 1st Street
Miami, Florida 33135

United States Attorney's Office



18 February, 2001

2601 NW 23rd Blvd. #229
Gainesville, Fl 32605
352.378.7734

Honorable Judge Barry Seltzci
Federal Courthouse
101 NE 3rd. Avenue
Ft. Lauderdale, FL 33301

Dear Sir,

I'm sure that you do not get a letter like this every day and will, therefore, apologize at the onset if I am violating any official protocol or procedure. I am writing with regard to case #00-6159 that is presently before you regarding a Ms. Jana Ballard.

Ms. Ballard and I have corresponded for nearly six months now. We became acquainted through a Christian Pen Pal listing in a local publication. Over this time period, I have become increasingly troubled by her situation and her future in general. I also want to **strongly** emphasize that, over this time period, Ms Ballard has asked for absolutely nothing from me except my friendship.

Ms. Ballard has been "living on the street" for over twenty (20) years, having dropped out of school after the 7th grade. She has no skills except those of a common prostitute. I would be very surprised if she even has a job history or has ever filed an Income Tax Return. Her family has turned their backs on her, leaving her with essentially no one to care about her or her well being. Additionally, Ms. Ballard has an adolescent daughter …..another social tragedy being completely overlooked.

What is troubling me is the total hopelessness of her situation. In spite of her apparent lack of education, I find her to be very articulate and creative in her writing skills. Much of our correspondence revolves around writing fictional stories…..she starts it and I keep it going, etc. I have also found her to be very kind and gentle in nature. Finally, she often expresses to me her deep and profound regret regarding the total mess she has made of her life. All of the above qualities are not those I would expect from a person who has lived her life and is in her current situation.

What I am attempting to describe to you is a basically good and decent person who does not know how to break the hideous patterns that keep repeating themselves in her life. She commits a crime, she does her time, gets out and the cycle just repeats over and over. It is clear to me that the Criminal Justice System is doing very little to rehabilitate this young woman such that she even has a fighting chance to make something of herself when she is released. Please do not misunderstand me, sir. I am not even sure that this is the mandate of this system or could practically achieve such a lofty objective if it were. I have had very limited exposure to such things.

My reason for contacting you regarding Ms. Ballard is to offer my services in assisting her in the process of breaking this circle. I understand that she has another hearing in early March to review her bail situation while waiting for further legal proceedings to develop. I know almost nothing about signature bonds or any kind of bond for that matter, but I will propose the following. I will take responsibility for Ms. Ballard during this time period. During this time period, I will guarantee the following proactive steps will be taken to get her life back on track:

- Within 30 days, Ms. Ballard will be employed on a full time basis. She was a very hard worker while incarcerated at Hernando Correctional Institution and enjoyed her tasks with the food service.

- Within 30 days, Ms. Ballard will be enrolled in a GED program to begin the work necessary to gain her high school equivalency diploma.

- Ms. Ballard will attend church every Sunday with me and attend related social functions. I believe that a big part of her rehabilitation needs to be a *resocialization* process to begin improving her self-esteem.

- Ms. Ballard will immediately begin an appropriate Drug Counseling program to insure that she stays "clean."

- Ms. Ballard will undergo psychological counseling to help her in the transition to a normal life.

- I will make Ms. Ballard available for any and all testing and reporting as mandated by the courts.

- Should Ms. Ballard at any time show a reluctance to participate in the above program, I will contact the court and relinquish custody.

I have raised three daughters who are all either college educated or in the final completion process. This young woman has touched me deeply and I feel for her much like another daughter. As such, I would like to help.

Let me be very candid. From where I'm sitting, this is as good an offer as the People of the United States or the State of Florida are going to get. If someone does not take some type of proactive steps, only one thing is a certainty…..Ms. Ballard will do her time, be released and be incarcerated again within 18 months. Of this I am certain…..and then either the Federal Government or the State of Florida can again pay huge sums to keep her behind razor wire and feed her. I have a fistful of over fifty (50) letters that tells me that Ms. Ballard is a sweet, compassionate and highly intelligent woman who can still turn her life around. I would like to be a part of this.

-3-

I want to express to you my sincerest appreciation for your taking the time to consider this request. I will list some personal information as an addendum to this letter. I would also be available to meet with you, at your convenience, or attend the appropriate hearing, should you request it.

Respectfully,

Christopher J. Blake

Christopher J. Blake
2601 NW 23rd Blvd. #229
Gainesville, Fl  32605
352.338.9449 (W)
352.378.7734 (H)

DOB:            1/20/51

SS#             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

Education:      BS Mechanical Engineering – Clarkson University – Graduated 5/73

Occupation:     Engineering Manager – Medical Device Technologies, Gainesville, FL

FY2000
Salary:         $100,000

Church:         Wesley United Methodist Church, Gainesville, FL
                Choir Member
                Pastor:  Ted Wood

Marital
Status:         Divorced, Live Alone.

C. J. BLAKE
2601 NW 23rd BLVD #2A
GAINESVILLE, FL
32605

U.S. POSTAGE $0.34
FEB 20 '01
[postmark]

Honorable Judge Barry Seltzci
Federal Courthouse
101 NE 3rd. Avenue
Ft. Lauderdale, FL 33301