U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: JANA BALLARD (J)#  
CASE NO: 00-6159-CR-Ferguson  
AUSA: Kathleen Rice *present*  
ATTNY: Jorge Sibilia *will be a little late*  
AGENT:  
VIOL:  *present*  
PROCEEDING: Status Conference/Bond Hearing  
BOND REC:  
BOND HEARING HELD - yes/no  
COUNSEL APPOINTED  

FILED by _____ D.C.  
INTAKE  
MAR 2 - 2001  
CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S.D. OF FLA. - FT. LAUD.

___ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ X's a week/month by phone; ___ X's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

Discovery out  
No mots  
3 days to try  
Gont ready  
possible plea

Ct. doesn't feel a bond can be set at this time.

NEXT COURT APPEARANCE: ___ DATE: ___ TIME: ___ JUDGE: ___  
INQUIRY RE COUNSEL: _____  
PTD/BOND HEARING: _____  
PRELIM/ARRAIGN. OR REMOVAL: _____  
STATUS CONFERENCE: _____  

DATE: 3-2-01   TIME: 11:00am   TAPE # 01-013   PG # 871-1180