UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO: 00-6159-CR-FERGUSON/SNOW

vs.

JANA BALLARD

**NOTICE OF UNAVAILABILITY**

Defendant.
_____/

**PLEASE TAKE NOTICE** that the undersigned attorney for the Defendant, **JANA BALLARD** will be out of country and unavailable during the following period:

1. From 22 March - 23 March, 2001.
2. From 9 April - 13 April, 2001.
3. From 25 May - 29 May, 2001.
4. From 30 July - 3 August, 2001.

The undersigned attorney will be unavailable because of Prepaid Family Vacation.

Date at Miami, Florida this 2 day of March 2001.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 2 day of March 2001 to: Clerk Southern District of Florida, 299 East Broward Blvd., Fort Lauderdale, Florida 33301 and Kathleen Rice, AUSA, Office of the U.S Attorney at 500 East Broward Blvd., Suite 700, Fort Lauderdale, Florida.

LAW OFFICES OF JORGE A. SIBILA
2246 SW 1 Street
Miami, Florida 33135
Phone: (305) 541-8300

BY: _____
JORGE A. SIBILA, ESQ.
Fla. Bar No.: 290041