UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO:00-6159-CR-FERGUSON

vs.

JANA BALLARD

        Defendant.
_____/

## MOTION FOR CONTINUANCE

**COMES NOW**, JORGE A. SIBILA, Esq. court appointed counsel for the Defendant, **JANA BALLARD** and files this Motion for Continuance and as grounds thereof states as follows:

1. That this matter has been set for Calendar Call on Monday, April 16, 2001, at 3:15 p.m.

2. That the undersigned previously filed a Notice of Unavailability on March 6, 2001.(attached)

3. That the undersigned counsel was originally traveling out of City (Family Commitment) from April 7 to April 15, 2001, but due to a tragic event in the Family, he is forced to postpone his return until April 16 at night. Therefore he will be unavailable during said time.

4. That it would be in the best interest of justice that this matter would be continuos taking into consideration the days of unavailability.

**WHEREFORE**, the undersigned counsel prays that this Honorable

NON-COMPLIANCE OF S.D. Fla. L.R. 5.1A

Court grants his Motion.

Respectfully submitted,

Jorge A. Sibila, Esq.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this ___//___ day of ___April___, 2001 to: Clerk Southern District of Florida, 299 East Broward Blvd., Fort Lauderdale, Florida 33301 and Kathleen Rice, AUSA, Office of the U.S Attorney at 500 East Broward Blvd., Suite 700, Fort Lauderdale, Florida.

LAW OFFICES OF JORGE A. SIBILA
2246 SW 1 Street
Miami, Florida 33135
Phone: (305) 541-8300

BY: _____
JORGE A. SIBILA, ESQ.
Fla. Bar No.: 290041