JUL 20 2001

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 00-6159-CR-FERGUSON**

**UNITED STATES OF AMERICA,**
           **Plaintiff,**          **MINUTES CHANGE OF PLEA**
     **vs.**

**JANA BALLARD,**
           **Defendant.**
_____/

On July 19, 2001, the above-named defendant appeared in person before the Honorable WILKIE D. FERGUSON, JR., United States District Judge, with counsel Jorge Sibilia, Esq., appointed by the **Court/retained** by the defendant, and said defendant stated in open court that **he/her** desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to count(s) one (1)the indictment. After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged.

Whereupon:

- ( )   The Court proceeded to pronounce sentence.

- (X)   The Court postponed sentencing until **September 28, 2001** 9:30 a.m.,

- ( )   and the defendant was allowed to remain on present bond until then;

- ( )   and the defendant remanded to the custody of the U.S. Marshal until a $_____ bond is posted;

- (X)   and the defendant was remanded to the custody of the U.S. Marshal awaiting sentencing.

AUSA <u>Kathleen Rice</u>
Reporter <u>Stephen Franklin</u>
Clerk <u>Deloris McIntosh</u>

