SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _/11/_ D.C.
**SEP 28 20**
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE # _____ 00- 6159-CR-WDF

DEFENDANT __JANA BALLARD (J)__      JUDGE ____Wilkie D. Ferguson, Jr.,____

Deputy Clerk____Deloris McIntosh_____   DATE____September 28, 2001_____

Court Reporter____Stephen Franklin_____   USPO __Kito Bess__

AUSA __Kathleen Rice_____   Deft's Counsel__Jorge Sibila, Esq.,__

COUNTS DISMISSED____All Others_____

Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited. / 10 Days to Appeal

_____ Sentencing cont'd until___/___/_____ at_____AM / PM

### JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts | |
|---|---|---|---|---|
| | | 24 | 1 | credit for time served |

Supervised Release

| Probation | Years | Months | Counts |
|---|---|---|---|
| | 3 | | |

Comments __Participate in Mental/Drug Treatment Program;__
__Submit to Search of Property; Maintain Employment; No self__
__Employment w/o Approval from U.S.P.O.; Do not incur further debt;__
__No employment with establishment with credit card access;__
__Do Not Obtain P.O. Box__

Assessment $ __100__         Fine $ __N/A__

Restitution /Other __$147,402.22 - Jointly & Seperately__

_____ Remanded to the Custody of the U. S. Marshal Service _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on ___/___/___

Commitment Recommendation: _____

53