DEFENDANT: JANA BALLARD
CASE NUMBER: 00-6159-CR-FERGUSON

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **24 Months. Defendant to receive credit for time served.**

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

---

DEFENDANT DELIVERED ON 11-06-2001
SURRENDERED ON _____
TO FCI TALLAHASSEE, FLORIDA
BY BOP BUS __XR__ ; USM _____
BY: /s/ Lombo, ISS
For Inmate Systems Manager

55