PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 66741

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6159-CR-FERGUSON**

FILED by _____ D.C.

MAY 12 2003

CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S.D. FLA. FT. LAUD.

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Jana Ballard

Name of Sentencing Judicial Officer: The Honorable Wilkie D. Ferguson, Jr. Judge, U. S. District Court, Southern District of Florida

Date of Original Sentence: September 28, 2001

Original Offense: Conspiracy to Commit Access Device Fraud, in violation of Title 18 U. S. C.§ 1029, a Class D felony.

Original Sentence: 24 months custody of the Bureau of Prisons, followed by 3 years supervised release. Special Conditions: Substance abuse/mental health treatment; full financial disclosure; no self-employment without prior approval; the defendant shall maintain full time legitimate employment and not be unemployed for over 30 days; submit to search; the offender shall be prohibited from obtaining employment at any business with access to credit card information; the defendant shall be prohibited from obtaining a mailbox with a commercial mail receiving agency without prior approval; and $147,402.22 restitution.

Type of Supervision: Supervised Release           Date Supervision Commenced: September 16, 2002

## PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.  
[X]   To modify the conditions of supervision as follows:

**The defendant shall pay restitution at the rate of $50.00 per month until such time as the court may alter that payment schedule in the interests of justice. The U. S. Probation Office and the U. S. Attorney's Office shall monitor the payment of the restitution and report to the court any material change in the defendant's ability to pay.**

## CAUSE

A financial investigation was conducted to determine what amount the defendant could afford to

PROB 12B                                                                                          SD/FL PACTS No. 66741
(SD/FL 9/96)

pay on a monthly towards her restitution balance. The defendant reported her income and expenses on a monthly basis. The defendant's allowable expenses were totaled at $477.50 with the total monthly income of $530.00. Consequently, this left $52.50 positive cash flow. The defendant agreed to make payments of $50.00 per month, which commenced on February 1, 2003, and every month thereafter. As such, it is respectfully requested that Your Honor sign the attached Petition for Probation Action modifying the conditions of probation as indicated above.

                                                                Respectfully submitted,

                                by    *Karen G. Anderson* (signature)
                                      Karen G. Anderson
                                      U.S. Probation Officer
                                      Phone: (954)769-5575
                                      Date: March 19, 2003

THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Submit a Request for _ Warrant or _ Summons

                                      _____
                                      Signature of Judicial Officer

                                      05/11/03
                                      _____
                                      Date