PROB 1SD/FL PACTS No. 66741
(SD/FL 9/96)



FILED by ___ D.C.

JUL 2 8 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6159-CR-UNGARO-BENAGES</u>

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: Jana Ballard

Name of Sentencing Judicial Officer: The Honorable Wilkie D. Ferguson, Jr. Judge, U.S. District Court, Southern District of Florida

Date of Original Sentence: September 28, 2001

Original Offense:    Conspiracy to Commit Access Device Fraud, violation 18 U.S.C.§1029

Original Sentence:   24 months custody of the Bureau of Prisons, followed by 3 years supervised release. Special Conditions: Substance abuse/mental health treatment; full financial disclosure; no self-employment without prior approval; the defendant shall maintain full time legitimate employment and not be unemployed for over 30 days; submit to search; the offender shall be prohibited from obtaining employment at any business with access to credit card information; the defendant shall be prohibited from obtaining a mailbox with a commercial mail receiving agency without prior approval; and pay $147,402.22 in restitution.

Type of Supervision: Supervised Release

Date Supervision Commenced: September 16, 2004

Assistant U.S. Attorney:
U. S. Attorney Kathleen Rice
500 E. Broward Blvd. 7th Floor
Ft. Lauderdale, Florida
(954)356-7255

Defense Attorney:
Jorge Aurelia Sibilia
2246 S.E. 1st Street
Miami, Florida 33135
(305)541-8300

---

## PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

<u>Violation Number</u>     <u>Nature of Noncompliance</u>



PROB ISD/FL PACTS No. 66741
(SD/FL 9/96)

1. **Violation of Mandatory Condition,** by unlawfully possessing or using a controlled substance. On or about November 21, 2003, the supervised releasee submitted a urine specimen which tested positive in our local laboratory; and subsequently confirmed positive by Pharm Chem Laboratory Incorporated. The releasee signed an Admission to Drug Use Form in which she admitted to using cocaine on or about November 20, 2003.

2. **Violation of Standard Condition,** by failing to submit a truthful and complete written monthly report within the first five (5) days of each month. The defendant has failed to submit written monthly reports for the months of April, May and June, 2004.

3. **Violation of Standard Condition,** by failing to report to the probation officer as directed. On June 9, 2004, during a home visit, the defendant was instructed to report on June 10, 2004 and she failed to comply.

   Furthermore, on June 23, 2004, during a home visit, the defendant was instructed to report on June 25, 2004 and she failed to comply.

4. **Violation of Special Condition,** by failing to participate in an approved mental health treatment program. On or about March 8, 25, 2004, April 15, 2004, June 16, 2004 and July 8, 2004, the defendant failed to attend her appointments with Spectrum Programs and to date, has not satisfactorily participated in treatment as directed.

5. **Violation of Standard Condition,** by failing to notify the probation office of any change in residence. On or about June 24, 2004, the defendant moved from her approved residence of 13041 S. W. 7th Court, Davie, Florida and her current whereabouts are unknown.

6. **Violation of Standard Conditions,** by failing to submit to drug testing. On March 10, 24, 2004 and July 6, 2004, the defendant failed to submit to drug testing as scheduled by Code-A-Phone.

7. **Violation of Mandatory Condition,** by failing to satisfy the court-ordered restitution. On September 28, 2001, restitution in the amount of $147,402.22 was ordered and the defendant has failed to satisfy this financial obligation as ordered.

U.S. Probation Officer Recommendation:

PROB 1SD/FL PACTS No. 66741
(SD/FL 9/96)

[x] The term of supervision should be
[ ] revoked.
[ ] extended for _ years, for a total term of _ years.

[ ] The conditions of supervision should be modified as follows:

Respectfully submitted,

by  *Karen G. Anderson*
Karen G. Anderson
U.S. Probation Officer
Phone: (954)769-5575
Date: July 14, 2004

---

THE COURT ORDERS:

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Submit a Request for Modifying the Conditions or Term of Supervision

*signature*
Signature of Judicial Officer

7/21/04
Date