



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
    Plaintiff
-vs-

Ballard, Java
    Defendant

CASE NUMBER: CR: 00-6159-CR-UUB

REPORT COMMENCING CRIMINAL ACTION

USMS NUMBER: 39441-018

FILED by _____ D.C.
MAG. SEC.
NOV 10 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

TO: CLERK'S OFFICE    (MIAMI)    FT. LAUDERDALE    W. PALM BEACH
U.S. DISTRICT COURT               (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARNACE IN MAGISTRATES COURT ABOVE.

---

COMPLETE ALL ITEMS. INFORMAION NOT APPLIOCABLE ENTER N/A.

(1) **DATE AND TIME OF ARREST**: 11-10-05       AM X    PM ___

(2) **LANGUAGE SPOKEN**: Eng

(3) **OFFENSE (S) CHARGED**: Supervised Release Violation

(4) **DATE OF BIRTH**: 8-21-65

(5) **TYPE OF CHARGING DOCUMENT**:   (CHECK ONE)
    { } INDICTMENT     { } COMPLAINT TO BE FILED/ALREADY FILED
    { } BENCH WARRANT FOR FAILURE TO APPEAR
    {X} PROBATION VIOLATION WARRANT
    { } PAROLE VIOLATION WARRANT
    **ORINGINATING DISTRICT**: _____

(6) **REMARKS**: _____

(7) **DATE** : _____    (8) **ARRESTING OFFICER**: _____

(9) **AGENCY**: _____    (10) **PHONE**: _____

(11) **COMMENTS**: _____

138/MH