PROB 19a                                                                                                SD/FL PACTS No. 66741

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6159-CR-UNGARO-BENAGES

U.S.A. vs JANA BALLARD

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

| WARRANT FOR ARREST OF SUPERVISED RELEASEE |||||
|---|---|---|---|---|
| You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court. |||||
| NAME OF SUPERVISED RELEASEE<br>Jana Ballard || SEX<br>Female | RACE<br>White | AGE<br>38 |
| ADDRESS (STREET,CITY,STATE)<br>13041 SW 7th Court, Davie, FL 33325 - **Current whereabouts unknown** |||||
| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT)<br>U.S. District Court |||  DATE IMPOSED<br>September 28, 2001 ||
| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE)<br>U.S. District Court, SD/FL-Miami |||||
| CLERK<br>Clarence Maddox | (BY) DEPUTY CLERK ||| DATE<br>9/28/04 |

| RETURN ||||
|---|---|---|---|
| Warrant received and executed. | DATE RECEIVED<br>9/28/05 || DATE EXECUTED<br>11/09/05 |
| EXECUTING AGENCY (NAME AND ADDRESS)<br>USMS Ft. Lauderdale, FL ||||
| NAME    Christina PHaro, US Marshal<br>S/D  FL | (BY)<br>Mark O'Loughlin, ASDUSM || DATE<br>11/9/05 |

---

[1] Insert designation of officer to whom the warrant is issued. e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for _Southern_ District of _Florida_;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."