UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 00-6159-Cr-Ungaro-Benages

**NIGHT BOX FILED**

NOV 1 4 2005

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JANA BALLARD,

Defendant.

_____/

## DEFENDANT'S INVOCATION OF
## RIGHT TO SILENCE AND COUNSEL

The defendant named above does hereby invoke his rights to remain silent and to

counsel with respect to any and all questioning or interrogation, regardless of the subject

matter, including, but not limited to, matters that may bear on or relate to arrest, searches and

seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures,

or that may be relevant to sentencing, enhanced punishments, factors applicable under the

U. S. Sentencing Guidelines, restitution, immigration status or consequences resulting from

arrest or conviction, appeals or other post-trial proceedings.

The defendant requests that the U. S. Attorney ensure that this invocation of rights is

honored, by forwarding a copy of it to all law enforcement agents, government officials, or

employees associated with the investigation of any matters relating to the defendant.  Any

contact with the defendant must be made through the defendant's lawyer, undersigned

counsel.

<div style="margin-left: 40%">

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

BY:    *Paul M. Korch*

Paul M. Korchin
Assistant Federal Public Defender
Florida Bar No. 203971
150 West Flagler Street
Suite 1700
Miami, Florida 33130-1555
Tel:  305-530-7000
Fax: 305-536-4559
E-Mail Address: Paul_Korchin@fd.org

</div>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has

been served via U.S. Mail upon the United States Attorney's Office, 99 N. E. 4th Street,

Miami, Florida 33132-2111, this 14 day of November, 2005.

*Paul M. Korchin*

Paul M. Korchin

K:\KorchinP\MagCourt\Ballard - 11-14-05\SILENCE.MOT

2

## <u>FAXBACK SERVICE LIST</u>

Assistant United States Attorney
99 N.E. Fourth Street
Miami, Florida 33132-2111

305/530-7976


Paul M. Korchin, AFPD
Federal Public Defender's Office
150 West Flagler Street
Suite 1700
Miami, Florida 33130

305/536-4559