UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6199-CR-UNGARO



UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JANA BALLARD              **DETENTION ORDER**

        Defendant.

_____

      Pursuant to the Bail Reform Act, a detention hearing was held this date in accordance with 18 U.S.C. Section 3143. At the conclusion of the evidentiary hearing, the findings of fact and conclusions of law required by the Act were dictated into the record. It is thereupon

      **ORDERED AND ADJUDGED** as follows:

      1. The Defendant __above named__ shall be detained in this case for the reasons stated on the record by the Court. The Court has found the defendant to be a risk of flight and/or a danger to the community.

      2. A final Order of Detention memorializing the dictated findings and conclusions shall be entered forthwith.

      **DONE AND ORDERED** in Miami, Florida this __15TH__ day of __NOVEMBER__, __2005__.

TAPE NO. 05I-55-197

                  _____
                  UNITED STATES MAGISTRATE JUDGE
                  THEODORE KLEIN

c: AUSA
   Defense Counsel (AFPD)
   US Probation
   U.S. Marshal