UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6159-CR-UNGARO-BENAGES

UNITED STATES OF AMERICA

v.

JANA BALLARD,

    Defendant.
_____/



## DETENTION ORDER – RISK OF FLIGHT

On November 15, 2005, a hearing was held pursuant to Title 18, United States Code, Section 3142(f) to determine whether the defendant should be detained prior to the adjudication of alleged violations of probation. Having considered the factors enumerated in Title 18, United States Code, Sections 3142(e) and (g), this Court finds that no condition or combination of conditions will reasonably assure the appearance of Defendant JANA BALLARD (hereinafter "BALLARD") at future court proceedings. Therefore, it is hereby ordered that the defendant be detained prior to the adjudication of alleged violations of probation.

In accordance with the provisions of Title 18, United States Code, Section 3142(i), the Court hereby makes the following findings of fact and statement of reasons for the detention:

1.     The defendant is charged by petition with seven (7) violations of her conditions of probation, including unlawful possession or use of a controlled substance, failure to report as required, absconding, failure to submit to drug testing, and failure to satisfy a court-ordered financial obligation.

1

2. The weight of the evidence against BALLARD is sufficient to support pretrial detention on the ground of risk of flight. See 18 U.S.C. § 3142(g)(2). During 2003 and 2004, BALLARD repeatedly failed to comply with the conditions of supervision. BALLARD used cocaine and failed to submit required reports, report as directed, submit to drug testing, report changes in address, and satisfy court-ordered restitution. There is, therefore, substantial evidence that BALLARD violated conditions of supervision.

3. The Court hereby incorporates and makes part of this order the facts contained within the report of Pretrial Services.

4. The pertinent characteristics of the defendant support pretrial detention based upon risk of flight. See 18 U.S.C. § 3142(g). BALLARD has a history of repeated probation violations, including failures to report and failure to give notice of changes of address.

5. Based on the above findings of fact, which were supported by clear and convincing evidence, the Court has concluded that this defendant presents a danger to the community and should not be released prior to trial.

Accordingly, the Court hereby directs:

1. That the defendant be detained without bond in a facility separate, to the extent practicable, from persons awaiting sentence or serving sentences or being held in custody pending appeal.

2. That the defendant be afforded reasonable opportunity for private consultation with counsel; and

3. That, on order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined

deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

**DONE AND ORDERED** at Miami, Florida this 16 day of November, 2005.

_____
THEODORE KLEIN
UNITED STATES MAGISTRATE JUDGE

cc:   Pretrial Services
      United States Marshals
      Kathleen Rice, AUSA
      Paul Korchin, Counsel for defendant