UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 00-6159-CR-UNGARO-BENAGES

UNITED STATES OF AMERICA

v.

JANA BALLARD

_____/



## NOTICE OF ASSIGNMENT

The Federal Public Defender's Office for the Southern District of Florida gives notice that the above-captioned case has been assigned to Assistant Federal Public Defender, Anne M. Lyons. Please direct any future inquiries, pleadings or correspondence to Anne M. Lyons on behalf of the Defendant.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: *Anne M Lyons*
Anne M. Lyons
Assistant Federal Public Defender
Florida Bar No. 572047
150 West Flagler Street, Suite 1700
Miami, Florida 33130-1556
Tel: (305) 530-7000
Fax No. (305) 536-4559
E-mail: anne_lyons@fd.org

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing instrument was mailed this 23rd day of Nov., 2005, to United States Attorney, 99 N.E. 4th Street, Miami, Florida 33132.

*Anne M Lyons*
Anne M. Lyons

J:\Ballard, Jana Reg39441-018\Pleadings\Notice of Assignment.wpd

## FAXBACK LIST

Anne M. Lyons
Assistant Federal Public Defender
150 West Flagler Street, Suite 1700
Miami, Florida 33130
Telephone (305) 530-7000
Fax (305) 536-4559
E-mail: anne_lyons.fd.org

The United States Attorney
99 NE 4th Street
Miami, Florida 33132
Telephone (305) 961-9000
Fax (305) 530-7976