UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6159-CR-UNGARO-BENAGES



FILED by _____ D.C.
DKTG

**DEC 21  2005**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA. · MIAMI

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JANA BALLARD,

    Defendants.

_____/

## ORDER OF RECUSAL

THE UNDERSIGNED MAGISTRATE JUDGE, to whom the above-styled case has been assigned, hereby recuses himself and refers the case to the Clerk of Court for reassignment.

DONE AND ORDERED in Chambers at Miami, Florida this ⟨21⟩ day of December, 2005.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

In accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause will be reassigned to the calendar of Magistrate Judge __ANDREA M. SIMONTON__.



Copies of this Order shall be served on all pending parties of record by United

States Mail.  All documents for filing this case shall carry the following case number

and designation:

00-6159-CR-UNGARO-BENAGES/SIMONTON

BY ORDER of the Court this ___21st___ Day of ___DECEMBER___, 2005.

CLERK OF COURT

BY: Maedon Clark
Deputy Clerk

Copies provided to:

U.S. District Judge Ungaro-Benages
All Counsel of Record