UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6159-CR-UNGARO-BENAGES

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JANA BALLARD,

    Defendant.
_____/

FILED by __ D.C.
MAG. SEC.

DEC 2 3 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### ORDER OF RECUSAL AND ORDER OF REASSIGNMENT

THE UNDERSIGNED MAGISTRATE JUDGE, to whom the above-styled case has been assigned, hereby recuses herself and refers the case to the Clerk of Court for reassignment pursuant to 28 U.S.C. §455(a) and Local Rule 3.6.

DONE AND ORDERED at Miami, Florida, this 22nd day of December, 2005.

ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

In accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause will be reassigned to the calendar of

    BROWN    .

Copies of this order shall be served on all pending parties of record by U.S. Mail. All documents for filing in this case shall carry the following case number and designation: *00-6159-cr-Ungaro-Benages/Brown.*

BY ORDER OF Court this 22nd day of December, 2005, Miami, Florida.

CLARENCE MADDOX, CLERK

By: *Cherle Gutierrez*
Deputy Clerk

Copies to:
**The Honorable Ursula Ungaro-Benages**
     United States District Judge
**Lucy Lara, Case Assignment Clerk**
**U.S. Probation Officer Karen Anderson**
**AUSA Harry Wallace**
**AFPD Anne Lyons**