UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6159-CR
          Ungaro-Benages
Magistrate Brown

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JANA BALLARD,

        Defendants.

------------------------/



FILED by _____ D.C.

DEC 30 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

## ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR REVOCATION HEARING AND ORDER VACATING PREVIOUS ORDER OF REFERENCE

PURSUANT to 28 U.S.C. Sect. 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned Cause is referred to United States Magistrate Judge Stephen T. Brown to take all the necessary and proper action as required by law, including but not limited to an evidentiary hearing, with respect to whether or not the Defendant's Supervised Release should be revoked. Pursuant to this referral order, it is also

ORDERED and ADJUDGED that it is the responsibility of the parties in this case to note on **ALL MOTIONS AND SUBMISSIONS PERTAINING TO ANY OF THE ABOVE REFERENCED MATTERS SHALL CONTAIN THE NAME OF THE MAGISTRATE ASSIGNED** and an additional courtesy copy of all materials necessary to the resolution of the referred matter



shall be directed to the Magistrate's chambers. It is further

ORDERED AND ADJUDGED that the Order of Reference to Magistrate

Judge O'Sullivan is hereby VACATED.

DONE and ORDERED in chambers at the United States District

Court, Miami, Florida, this 29 day of December, 2005.


URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE


cc: U.S. Magistrate Judge
    U.S. Probation
    Counsel of Record