00-6159.rr

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6159 CR- UNGARO BENAGES

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JANA BALLARD,

    Defendant.
_____/

### REPORT AND RECOMMENDATION
### RE: REVOCATION OF SUPERVISED RELEASE

**This matter** is before this Court on an Order of Reference to hold an evidentiary hearing on the issue of whether to revoke defendant's supervised release, referred to the undersigned December 29, 2005. A hearing was scheduled for January 25, 2006.

At the hearing, the defendant admitted to all the violations, and the parties jointly proposed that defendant be sentenced to 12 months incarceration with no supervision to follow. This Court, of course, recommends that defendant's supervised release be revoked, but makes no recommendation with regard to the sentence.

The parties have ten (10) days from the date of this Report and Recommendation within which to serve and file written objections, if any, with the Honorable Ursula Ungaro-Benages, United States District Judge for the Southern District of Florida. Failure to file objections timely shall bar the parties from attacking on appeal the factual findings contained herein. LoConte v. Dugger, 847



F.2d 745 (11th Cir. 1988), <u>cert</u>. <u>denied</u>, 488 U.S. 958 (1988).

**DONE AND ORDERED** this 26th day of January, 2006 at Miami, Florida

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc:  Honorable Ursula Ungaro-Benages
     Anne Lyons, AFPD
     Harry Wallace, AUSA
     Karen Anderson, USPO