CRIMINAL MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
THE HONORABLE STEPHEN T. BROWN PRESIDING

**UNITED STATES OF AMERICA V. JANA BALLARD**

**CASE NO. 00-6159-CR-UNGARO-BENAGES**

DATE: Jan. 25, 2006

TIME: 3:00 P.M. - 3:15 P.M.

COURT REPORTER: BILL ROMANISHIN - UUB

TAPE NO.: N/A

DEPUTY CLERK: Stephanie A. Lee

INTERPRETER: N/A

| | |
|---|---|
| AUSA(S): | HARRY WALLACE |
| DEFENSE COUNSEL: | ANNE LYONS, AFPD |
| DEFENDANT(S): | PRESENT __X__ IN CUSTODY __X__ NOT PRESENT _____ |
| REASON FOR HEARING: | Evidentiary Hearing upon Violation of Supervised Release |

RESULTS OF HEARING: The Court pursuant to the Ptys agreement will enter R&R as follows: The defendant admitted all seven violations; sentence of twelve months imprisonment be imposed, with no supervision to follow.

