UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6159-CR-UNGARO-BENAGES

UNITED STATES OF AMERICA,

vs.

JANA BALLARD,

Defendant.
_____/



## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT ON REVOCATION OF SUPERVISED RELEASE

THIS CAUSE is before the Court on the Government's action for a revocation of Defendant's supervised release. DE 138-140.

This matter was referred to Magistrate Judge Brown, who conducted an evidentiary hearing on January 25, 2006. DE 151-52. Magistrate Brown issued a Report recommending the revocation of Defendant's supervised release, noting that Defendant admitted to violating conditions of her supervised release during the evidentiary hearing. DE 153. Defendant did not file objections to the Report.

The Court, having conducted a *de novo* review of the record and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Magistrate Judge's Report (DE 153) is RATIFIED, AFFIRMED AND ADOPTED. It is further,

ORDERED AND ADJUDGED that Defendant's supervised release is revoked.



DONE AND ORDERED in Chambers at Miami, Florida, this 21 day of February, 2006.

*[signature]*
URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record