FILED by _____ D.C.
DKTG
MAR 1 0 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6159-CR
UNGARO-BENAGES

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JANA BALLARD,

        Defendant,
_____/

### ORDER SETTING HEARING ON SUPERVISED RELEASE REVOCATION

THIS MATTER is hereby set for hearing on Probation's Petition for Revocation of Supervises Release before the Hon. Judge Ursula Ungaro-Benages, at the United States District Court, Eleventh Floor Courtroom, 301 North Miami Avenue, Miami, Florida on **APRIL 14, 2006 at 1:30 P.M.**

DONE AND ORDERED in chambers at the United States District Court, Miami, Florida, this **9** day of March, 2006.

                                                          URSULA UNGARO-BENAGES
                                                          UNITED STATES DISTRICT JUDGE

cc: Counsel of Record
    Probation