UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE UNGARO-BENAGES

FILED by ___ D.C.
DKTG
APR 17 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. 00-6159-CR-UUB     Date: 4-13-06
Style: USA vs. JANA BALLARD
Pltf/AUSA: A. Hoffman
Defense Csl: Anne Lyons
Deputy Clerk: Kathryn B. Harlan
Reporter: Contracted

Status Conference/Hearing on Motion/Sentencing:

17 Months

No S.R.

**Trial Minutes:**     BENCH/JURY     Voir Dire Held _____

Jury Trial Begins: _____     Trial Held _____     Day # _____

Trial Ends _____     Deft. Remanded/ Acquitted

Exhibits Released To: _____
                     Print & Sign

Agency and Phone #: _____

