UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6159-CR
UNGARO-BENAGES

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JANA BALLARD,

        Defendant.
_____/

### JUDGMENT AND COMMITMENT UPON REVOCATION HEARING

On September 28, 2001, the defendant was sentenced to a term of 24 Months custody and 3 Years Supervised Release. The defendant having now been duly brought before this Court for hearing upon petition of the Probation Officer for revocation of Supervised Release, and it further the defendant having been adjudicated guilty of the Petition, it is therefore

ORDERED and ADJUDGED that Probation is hereby REVOKED, it being further

ORDERED and ADJUDGED that the defendant shall be imprisoned for a term of TWELVE (12) MONTHS with no Supervised Release to follow.

DONE and ORDERED in chambers at the United States Courthouse, Federal Courthouse Square, Miami, Florida, this ___17___ day of April, 2006.

                              URSULA UNGARO-BENAGES
                              UNITED STATES DISTRICT JUDGE

cc: Counsel of Record
    U.S. Marshals/BOP

