USA
vs
Jana Ballard

00-6159CR
UUB

DEFENDANT _____ ON 7-11-06
SURRENDERED ON _____
TO FCI TALLAHASSEE, FLORIDA
BY BOP BUS 401 , USM _____
BY: G. Green, LT

HAVE PARTIALLY EXECUTED THIS J&C/MIT/WARRANT
TRANSFER ORDER BY TAKING CUSTODY OF _____
AT _____ ON _____ AND COMMITTED SAME TO _____
BOP BUS LIEUTENANT



160